UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORRAINE C. WASHINGTON,<br><br>         *Plaintiff*,<br><br>     v.<br><br>URBAN INSTITUTE,<br><br>         *Defendant*. | Civil Action No. 1:20-cv-01391 (CJN) |

## SCHEDULING ORDER

After review of the Parties' Joint Rule 16.3 Report, ECF No. 6, it is hereby **ORDERED** that:

(1)   On or before **September 14, 2020**, the Parties shall file any motions seeking to amend the pleadings or to join additional parties.[1]

(2)   The following schedule applies to expert disclosures:

   (a)   On or before **October 2, 2020**, the proponent of any expert testimony shall make the disclosures required by Federal Rule of Civil Procedure 26(a)(2).

   (b)   On or before **November 16, 2020**, the opponent of any expert discovery shall make in rebuttal the disclosures required by Federal Rule of Civil Procedure 26(a)(2).

   (c)   Any supplementation of an expert disclosure must occur **ten (10) business days** prior to that expert's deposition.

---

[1] The Parties have stipulated to dispense with the Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1).  Joint Rule 16.3 Report at 3.

(3)  By **April 9, 2021**, all discovery shall close.

(4)  A Status Conference is set for **April 13, 2021**, at 10:00 AM in Courtroom 19 to discuss the potential for mediation and the need for dispositive motions.  The case will be referred to mediation or a dispositive motions briefing schedule will be set at this Status Conference.

At this time, the Court will not set any limits on discovery beyond those in the Federal Rules of Civil Procedure and the Court's Local Civil Rules.

It is so **ORDERED**.

DATE:  July 15, 2020

_____
CARL J. NICHOLS
United States District Judge